829 F.2d 840
 NEW ENGLAND REINSURANCE CORPORATION and First State
Insurance Company, Plaintiffs/Counterdefendants/Appellants,
v.
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,
Defendant/Counterclaimant/Appellee.
 No. 86-6432.
 United States Court of Appeals,
Ninth Circuit.
 Oct. 2, 1987.
 
 Erwin E. Adler, Los Angeles, Cal., for plaintiffs/counterdefendants/appellants.
 Lawrence J. Bistany, Los Angeles, Cal., for defendant/counterclaimant/appellee.
 Before PREGERSON, NELSON and WIGGINS, Circuit Judges.
 
 ORDER
 
 1
 Pursuant to the stipulation of the parties,
 
 IT IS ORDERED:
 
 2
 (1) The court grants the petition of appellee for rehearing;
 
 
 3
 (2) the district court's ruling on the motion for summary judgment of National Union Fire Insurance Company of Pittsburgh is hereby vacated; and
 
 
 4
 (3) this court's opinion filed July 21, 1987, reversing the district court's order and remanding for proceedings consistent with the opinion is hereby vacated and withdrawn from publication.